and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

ELIZABETH CAFIERO, Respondent, v. THE CITY OF NEW YORK and BROOKLYN, QUEENS COUNTY AND SUBURBAN RAILROAD COMPANY, Appellants.—Judgment and orders unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

LOUISE M. COLMAN, Respondent, v. UNITED STATES REALTY AND IMPROVEMENT COMPANY, Appellant.—Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

EDWARD W. COLMAN, Respondent, v. UNITED STATES REALTY AND IMPROVEMENT COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.